UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, and the STATE OF CALIFORNIA, ex rel. TIMOTHY WAYNE ARNETT,<br><br>Plaintiffs,<br><br>v.<br><br>WALGREEN COMPANY, INC.,<br><br>Defendant. | No. 1:14-cv-01934-DAD-MJS<br><br>ORDER DIRECTING THE CLERK OF THE COURT TO TERMINATE THIS ACTION |

On September 28, 2016, plaintiff filed a notice of voluntary dismissal of this action without prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 15.) Under Rule 41(a), a plaintiff may dismiss an action without a court order if he or she files "a notice or dismissal before the opposing party serves either an answer or a motion for summary judgment" or "a stipulation of dismissal signed by all parties who have appeared." Fed. R. Civ. Pro. 41(a)(1)(A)(i)–(ii). Here, the defendant has not yet been served in this action. Further, both the United States of America and the State of California filed a notice indicating they consent to the dismissal. *See* 31 U.S.C. § 3730(b)(1); Cal. Gov. Code § 12652(c)(1). Therefore, this action has been dismissed without prejudice. S*ee* Fed. R. Civ. P. 41(a)(1)(A)(i); *Wilson v. City of San Jose,* 111 F.3d 688, 692 (9th Cir. 1997).

/////

1 |       Accordingly, the court directs the Clerk of Court to terminate this action.

2 | IT IS SO ORDERED.

3 | Dated: __**October 6, 2016**__            /s/ Dale A. Drozd

4 |                                               UNITED STATES DISTRICT JUDGE